AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00136 |
| CINDY YOUNG | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/21/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ CINDY YOUNG _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) -Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in any of the Capitol Buildings.

Date:   06/21/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.06.21 13:08:21 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/2023 , and the person was arrested on *(date)* 6/23/2023
at *(city and state)* Concord, NH .

Date:   6/23/2023

*Arresting officer's signature*

Wesley Garland   Special Agent
*Printed name and title*