NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  1:23-mj-00136

Cindy Young
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ☐ RETAINED   ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Jeffrey S. Levin (NH Bar No. 12901)
(Attorney & Bar ID Number)
Federal Defender Office
(Firm Name)
22 Bridge Street
(Street Address)
Concord      NH      03301
(City)       (State)    (Zip)
(603)226-7360
(Telephone Number)