NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  1:23-mj-00136

Cindy Young
_(Defendant)_

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA       ☐ RETAINED       ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Eric Wolpin (NH Bar No. 18372)
_(Attorney & Bar ID Number)_
Federal Defender Office
_(Firm Name)_
22 Bridge Street
_(Street Address)_
Concord        NH        03301
_(City)        (State)        (Zip)_
(603)226-7360
_(Telephone Number)_